# RONAE D. CAMBRIDGE
# 9410 ATLANTIC STREET
# MIRAMAR, FL 33025
Pastor.rcambridge@gmail.com

## URGENT
November 30, 2011

The Honorable John K. Olson
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of Florida

      Re:    Request for Conference; File Closed Prematurely; Reopening of Case
                 Ronae Darcel Cambridge
                 Case No. 11-33166-JKO

Dear Judge Olson:

      I am writing to you regarding the above case. (1) The attorney that I retained did not properly and adequately represent me in this case. We discussed and she agreed to convert my case to a Chapter 13 so that I could retain an investment property; the value of which had dropped to one-third of the original purchase price. (2) I believe my file was closed prematurely; my first meeting of creditors was rescheduled and not held until October.

      I originally filed the case on my own. As I began to fill out the extensive paperwork, I realized that it was a task far beyond my comprehension and that I needed legal counsel. I had spoken with Orfelia Mayor the year before. I had gone to her regarding a mortgage foreclosure matter. She advised me at that time that I should eventually file for bankruptcy because all of my properties were under water and most of my debt was mortgages. A year passed and the foreclosure action on an investment property was scheduled for hearing. I had an attorney in that case but because of financial problems I could not pay him so the case was set for a hearing. When I got notice of the hearing I was afraid this was the last step before they would take back my property. I called Ms. Mayor's office. They told me I had already seen her, even though it was a year prior, and that they just needed to call me back with a fee. When they called me with the fee amount I did not have the money at the time.

      I went ahead as I stated and filed the bankruptcy petition. I told the Clerk when I filed that I really wanted an attorney and if I were not able to get one before the paper were due what should I do. I was told to come on the day they were due and file for an extension, which I did twice. I was finally able to come up with her fee and at that time I went ahead and retained her.

From the beginning I told Ms. Mayor that the primary reason that I filed for bankruptcy was to save my property. The steps that she should have taken to ensure that incurred was not done. She e-mailed me on November 10 and told me that the trustee had released my case and that I had 4-6 weeks to complete the rental of the property (A copy of that e-mail is attached). When I went to retain her I was in the middle of an eviction for that property so I had to wait to repair it and the tenants left it in bad condition. She knew I was expending money, time, and energy. I had to replace cooper that crack heads stole. I bought appliances for the units, repaired electrical problems and paid someone to paint it besides replacing windows, etc.

I emailed her on yesterday, November 29 to let her know that I would be in her office with the leases, she told me that my case had been discharged this week and that it was over and the ability to reduce or cram down the amount that I owed was over. I had an emotional breakdown, it a nightmare for me and my family. This was gross negligence on Ms. Mayor's part. I would like for you to just hear me on this judge and tell me the options that I have available. Ms. Mayor will not admit her negligence in not moving to file to convert my file. Please, Judge Olson, set aside some time so that I can be heard before the court and advised what options I have. I never wanted anything outside of what I was legally entitled to. Ms. Mayor says I should be grateful that I have no debt. I am but the primary reason for my filing was to keep my property.

I am retired. My ministry feeds the hungry in Miami-Dade County in one of the poorest communities there. This property is close to there. I am in mortgage foreclosure also on my primary residence. I was going to rent this property for now but if I was not able to modify my home residence I knew I would have someplace to take my family as I also have my two grandchildren with me along with a daughter that is graduating from college next year and my husband.   Ms. Mayor was aware of this. Bankruptcy should make your financial future brighter; this was my purpose of filing.

Thank you. I respectfully request that a conference or hearing on my case be held. Ms. Mayor did not adequately represent me and I believe my file was closed prematurely.

Sincerely,

*Ronae D. Cambridge*
Ronae D. Cambridge, Debtor

Cc: Bankruptcy Clerk of Court
    Honorable Paul G. Hyman, Chief Bankruptcy Judge
    Orfelia Mayor, Esq.

To: Ronae Cambridge <pastor.rcambridge@gmail.com>

The trustee filed a notice of no distribution just now in your case. That means that they are not going to pursue the matter any further and this case will just go its normal route in Chapter 7 land. If you haven't taken your second bankruptcy course at www.debthelper.com, now is the time to do so.

If you want to file a Chapter 13, we have about 4-6 more weeks to do so before your case closes. Time is of the essence now.

Orfelia M. Mayor, Esq.

Bankruptcy Law Firm of Casas & Mayor, P.A.

7450 Griffin Road, Suite 170

Davie, Florida 33314

**Satellite Offices in Coral Springs and Miami**

Tel: (954) 327-5700

Fax: (954) 727-9976

Email: omayor@ombankruptcy.com

www.ombankruptcy.com

**From:** Ronae Cambridge [mailto:pastor.rcambridge@gmail.com]