

ORDERED in the Southern District of Florida on February 3, 2012.

John K. Olson, Judge
United States Bankruptcy Court

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No: 11-33166-JKO
                                                                         Chapter 7

RONAE D. CAMBRIDGE,

              Debtor         /

## ORDER DENYING MOTION FOR SANCTIONS

THIS CAUSE having come before the court on January 31, 2012 upon the Debtor's Motion For Sanctions (DE # 48) and this court having considered the matter, and being otherwise duly advised in the premises, it is

ORDERED that the Motion For Sanctions is denied without prejudice to any claims the Debtor may have against counsel in another forum.

###

Submitted by:
Orfelia M. Mayor, Esq., Bankruptcy Law Firm of Casas & Mayor, P.A., 7450 Griffin Road, Suite 170, Davie, FL 33314, Tel: (954) 327-5700

[Attorney, Orfelia Mayor is directed to serve a copy of this order on all interested parties and to file a certificate of service]