**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on May 29, 2012



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 11−33166−JKO**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ronae Darcel Cambridge
9410 Atlantic St
Miramar, FL 33025

SSN: xxx−xx−4822

## FINAL DECREE

The trustee, Kenneth A Welt, having filed a final report that the estate has been fully administered, is discharged and the case is closed.